IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

June 9, 2008

Charles R. Fulbruge III
Clerk

No. 08-30027
Summary Calendar

TEAM ONE PROPERTIES LLC, c/o Larry Jackson

Plaintiff - Appellant

v.

CERTAIN UNDERWRITERS AT LLOYDS LONDON

Defendant - Appellee

Appeal from the United States District Court
for the Eastern District of Louisiana, New Orleans
USDC No. 2:07-CV-4493

Before STEWART, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Team One Properties LLC purchased an insurance policy at Lloyds of London. As this court has previously explained in detail, Lloyds is not an underwriter of any of the policies, acting only as a facilitator for insurers and insureds to engage each other. See Corfield v. Dallas Glen Hills LP, 355 F.3d 853 (5th Cir. 2003).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

At issue here is whether Team One is entitled to an additional $47,594.37 for its insurance claim.  The risk of the $70,000 policy was divided among 4,435 underwriters.  The district court found that Team One did not demonstrate that the amount in controversy against any completely diverse underwriter was in excess of the jurisdictional $75,000 exclusive of interest and costs.  See 28 U.S.C. §1332.  We agree.

For the reasons stated by the district court, the dismissal is AFFIRMED.